IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD C. KOLESAR, | | |
| Plaintiff, | | 20cv0166E |
| | | LEAD CASE |
| v. | | |
| PACIFICA BEAUTY, LLC., | | |
| Defendant. | | |

| | | |
|---|---|---|
| RONALD C. KOLESAR, | | |
| Plaintiff, | | 20cv0167E |
| | | MEMBER CASE |
| v. | | |
| FIRST AID BEAUTY, LTD., | | |
| Defendant. | | |

| | | |
|---|---|---|
| RONALD C. KOLESAR, | | |
| Plaintiff, | | 20cv0170 Erie |
| | | MEMBER CASE |
| v. | | |
| AMIKA, LP., | | |
| Defendant. | | |

| | | |
|---|---|---|
| RONALD C. KOLESAR, | | |
| Plaintiff, | | 20cv0171E |
| | | MEMBER CASE |
| v. | | |
| COLORESCIENCE, INC., | | |
| Defendant. | | |

RONALD C. KOLESAR,

        Plaintiff,                                          20cv0175 Erie
                                                                      MEMBER CASE

                v.

LAGOS ONLINE, INC.,

        Defendant.

---

RONALD C. KOLESAR,

        Plaintiff,                                          20cv0176 Erie
                                                                      MEMBER CASE

                v.

IREDALE COSMETICS, INC.,

        Defendant.

---

RONALD C. KOLESAR, THOMAS KLAUS,

        Plaintiffs,                                       20cv0179 Erie
                                                                    MEMBER CASE

                v.

HAPPY SOCKS NORTH AMERICA, INC.,

        Defendant.

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>    v.<br><br>THE WILKES GROUP, INC.<br>*doing business as*<br>EVIAN FACIAL SPRAY,<br><br>    Defendant. | 20cv0180 Erie<br>MEMBER CASE |
| RONALD C. KOLESAR,<br><br>    Plaintiff,<br><br>    v.<br><br>SKYN ICELAND, LLC,<br><br>    Defendant. | 20cv0182 Erie<br>MEMBER CASE |
| THOMAS KLAUS, RONALD C. KOLESAR,<br><br>    Plaintiffs,<br><br>    v.<br><br>IM PRO MAKEUP NY, LP<br>*doing business as*<br>IL MAKIAGE,<br><br>    Defendant. | 20cv0190 Erie<br>MEMBER CASE |

| | |
|---|---|
| RONALD C. KOLESAR, THOMAS KLAUS, | |
| Plaintiffs, | 20cv0191 Erie |
| | MEMBER CASE |
| v. | |
| COSNOVA, INC. *d/b/a CATRICE COSMETICS*., | |
| Defendant. | |

| | |
|---|---|
| THOMAS KLAUS, RONALD C. KOLESAR, | |
| Plaintiffs, | 20cv0192 Erie |
| | MEMBER CASE |
| v. | |
| EFFY JEWELERS CORP., | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 20cv0986 |
| | MEMBER CASE |
| v. | |
| KT HEALTH, LLC., | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 20cv0995 |
| | MEMBER CASE |
| v. | |
| GRANDE COSMETICS, LLC., | |
| Defendant. | |

| | |
|---|---|
| RONALD C. KOLESAR, | |
| Plaintiff, | 20cv1007<br>MEMBER CASE |
| v. | |
| CURRENT MEDIA GROUP, LLC.<br>*doing business as*<br>LILLIAN VERNON, LLC., | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 20cv1013<br>MEMBER CASE |
| v. | |
| THE WEBSTAURANT STORE, INC., | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 20cv1021<br>MEMBER CASE |
| v. | |
| DELUXE CORPORATION, | |
| Defendant. | |

| | |
|---|---|
| ROBERT JAHODA, | |
| Plaintiff, | 20cv1022<br>MEMBER CASE |
| v. | |
| DELUXE CORPORATION, | |
| Defendant. | |

ROBERT JAHODA,

      Plaintiff,                                      20cv1024
                                                                MEMBER CASE

           v.

MPUSA, LLC,

      Defendant.

ROBERT JAHODA,

      Plaintiff,                                      20cv1025
                                                                MEMBER CASE

           v.

THE NATORI COMPANY, INC.
*doing business as*
JOSIE NATORI BOUTIQUE,

      Defendant.

## CONSOLIDATION ORDER OF COURT

    IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 20-167E, 20-170E, 20-171E, 20-175E, 20-176E, 20-179E, 20-180E, 20-182E, 20-190E, 20-191E, 20-192E, 20-986, 20-995, 20-1007, 20-1013, 20-1021, 20-1022, 20-1024 and 20-1025 are hereby consolidated with **Civil Action No. 20-166 Erie**, the lead case as captioned above.

1. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 20-166 Erie**.

2.  The Clerk of Court shall **close** Civil Action Nos. 20-167E, 20-170E, 20-171E, 20-175E, 20-176E, 20-179E, 20-180E, 20-182E, 20-190E, 20-191E, 20-192E, 20-986, 20-995, 20-1007, 20-1013, 20-1021, 20-1022, 20-1024 and 20-1025

**SO ORDERED** this 21st day of July, 2020.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge